# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

————————

**No. 25-5067**                    **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On:** March 16, 2025

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

-----------------------------

Consolidated with 25-5068

**BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

# O R D E R

Upon consideration of the emergency motions for stay pending appeal, it is

**ORDERED** that appellees file a combined response to the motions, not exceeding 7,800 words, by 5:00 p.m. on Tuesday, March 18, 2025. Appellants must file any combined reply, not exceeding 3,900 words, by 5:00 p.m. on Wednesday, March 19, 2025.

## Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk